UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CHRISTOPHER, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-00748-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFFS TO FILE APPLICATIONS TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |

　　　　Plaintiffs, proceeding without counsel, have filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiffs, however, have not filed applications to proceed *in forma pauperis* or paid the required filing fee of $350.00 plus the $52.00 administrative fee. *See* 28 U.S.C. §§ 1914(a), 1915(a). They will be provided an opportunity either to submit the appropriate affidavits in support of requests to proceed *in forma pauperis* or to submit the required $402.00 in fees.

　　　　Plaintiff Paul Christopher is currently incarcerated at Valley State Prison. The revised *in forma pauperis* application form for inmates includes a section that must be completed by a prison official, which must be accompanied by a certified copy of the prisoner's prison trust account statement for the six-month period immediately preceding the filing of this action. However, this section is only for prisoners not in custody of the California Department of Corrections and Rehabilitation ("CDCR"). Because plaintiff Paul Christopher is housed in

1

CDCR custody, the CDCR will email his certified financial information directly to the court. But he must still provide a signed and dated application to proceed *in forma pauperis*.

In accordance with the above, it is hereby ORDERED that:

1. Plaintiffs shall submit, within thirty days from the date of this order, either applications to proceed *in forma pauperis* on the forms provided by the Clerk of Court, or the required fees in the amount of $402.00. Plaintiffs are admonished that should they seek leave to proceed *in forma pauperis*, they must each submit an application to proceed *in forma pauperis*.

2. The Clerk of the Court is directed to send plaintiff Paul Christopher a form Application to Proceed In Forma Pauperis By a Prisoner and plaintiff Carrea Christopher a form Application to Proceed In Forma Pauperis.

3. Plaintiffs' failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: April 30, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE