UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CHRISTOPHER & CARREA CHRISTOPHER, JR., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF CALIFORNIA, *et al.*, <br><br> Defendants. | Case No.  2:21-cv-00748-JDP (PC) <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME <br><br> ECF No. 10 |

Plaintiffs have filed a motion for extension of time to file an amended complaint.  ECF No. 39.  Good cause appearing, it is hereby ORDERED that:

1. Plaintiffs' motion for an extension of time, ECF No. 10, is granted.

2. Plaintiffs are granted forty-five days from the date of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   October 6, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28