UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CHRISTOPHER & CARREA CHRISTOPHER, JR., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF CALIFORNIA, *et al.*, <br><br> Defendants. | Case No.  2:21-cv-00748-JDP (PC) <br><br> ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME <br><br> ECF No. 12 |

    Plaintiffs have filed a motion for a second extension of time to file an amended complaint. ECF No. 12.  Good cause appearing, it is hereby ORDERED that:

    1. Plaintiffs' motion for an extension of time, ECF No. 12, is granted.

    2. Plaintiffs are granted until December 20, 2021 to file an amended complaint.

IT IS SO ORDERED.

Dated:   November 17, 2021

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE